UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE:

                                        Chapter 13

                      **xxx-xx-**

                      **xxx-xx-**                  Case No.

                                 Debtor(s)
------------------------------------------------------------x

# **CHAPTER 13 TRUSTEE'S REPORT OF COMPLETION OF PLAN PAYMENTS**

    KRISTA M. PREUSS, Chapter 13 Trustee, reports to the Court that the above-named Debtor(s) has made all payments to the Chapter 13 Trustee as required by the Confirmed Chapter 13 Plan.

Dated: White Plains, New York

                                                            /s/ Krista M. Preuss
                                                            Krista M. Preuss
                                                            Chapter 13 Trustee
                                                            399 Knollwood Road, Suite 102
                                                           White Plains, New York 10603
                                                           914-328-6333