UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re:                                                                  :    Case No. 13-36119(CGM)
                                                                              :
    Charles F. Benfer, III and
    Nancy J. Benfer,                                       :    Chapter 13
                                                                              :
                          Debtor(s)    :
_____:

## ORDER TERMINATING LOSS MITIGATION AND FINAL REPORT

**Name of Creditor**:   HSBC

**Property Address**: 30 Clarks Lane, Milton, NY 12547

**Last Four Digits of Account Number of Loan**: 7551

**File Date of Loss Mitigation request**: 5/15/13

**Date of Entry of Loss Mitigation Order**: 7/10/13

**Date of Entry of Order Approving Settlement (*if any*)**: 12/23/13

**Other Requests for Loss Mitigation in this Case**: ☐ Yes ☒ No

    The use of the Court's Loss Mitigation Program Procedures has resulted in the following *[please check appropriate box below]*:

☒ Loan modification        ☐ Surrender of property

☐ Short sale        ☐ No agreement has been reached

☐ Other: _____

    **ORDERED**, that Loss Mitigation is terminated with respect to the Loan identified above by the last four digits of the account number.



**Dated: December 17, 2018**
    **Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**